```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE WESTERN DISTRICT OF NORTH CAROLINA
                  ASHEVILLE DIVISION
              No. 1:22-CV-00252-GCM-DCK
```

| | |
|---|---|
| MARTA ALICIA MARTINEZ, | ) |
| | ) |
| Plaintiff, | ) ORDER FOR |
| | ) REMAND |
| v. | ) |
| KILOLO KIJAKAZI, | ) |
| | ) |
| Acting Commissioner of Social Security | ) |
| | ) |
| Defendant. | ) |

This matter is before the court on Plaintiff's Complaint and Defendant's Motion for Remand to the Commissioner for further administrative proceedings. The Commissioner wishes to conduct further fact finding.

The Court finds good cause has been alleged for remand and that further administrative fact-finding is warranted. Accordingly, the Court hereby under sentence four of 42 U.S.C. § 405(g) remands the case to the Commissioner for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

1

The Clerk of Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED.

Signed: June 5, 2023

Graham C. Mullen
United States District Judge