# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
CIVIL ACTION NO.: 1:22-CV-00252-GCM-DCK

| | |
|---|---|
| MARTA ALICIA MARTINEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of ) | |
| Social Security ) | |
| ) | |
| Defendant. ) | |

Plaintiff filed a motion for approval of attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of $8,900.00 in attorney fees and $402.00 in filing fees. After consultation, the parties agreed that the amount of $8,900.00 in attorney fees and $402.00 in filing fees should be paid to Plaintiff in full satisfaction of any and all claims for fees in this case.

It is ORDERED that an award of fees under the EAJA in the amount of $8,900.00 be made, payable to Plaintiff's attorney, provided that the Department of the Treasury finds Plaintiff has no outstanding debt. Additionally, it is ORDERED that Plaintiff be paid $402.00 in costs, to be paid separately from the Judgment Fund according to 28 U.S.C. §1920.

Signed: September 5, 2023

Graham C. Mullen
United States District Judge

1